FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 SEP -3 PM 4:34
CLERK J. Hodge
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| VICTOR CALLAHAN, | ) |
| Plaintiff, | ) |
| v. | ) CV 319-028 |
| LIEUTENANT ASHLEY, Lockdown Unit, and CHIEF COUNSELOR STEWART, in their Individual and Official Capacities, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice as a sanction for Plaintiff's abuse of the judicial process, and **CLOSES** this civil action.

SO ORDERED this 3rd day of Sept., 2019, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE